Oliver C. GEBHART, Claimant–Appellant,

v.

Eric K. Shinseki, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7067.

United States Court of Appeals, Federal Circuit.

July 22, 2011.

Rehearing En Banc Denied Aug. 8, 2011.

Oliver C. Gebhart, Oregon, MO, pro se.

Delisa M. Sanchez, Department of Justice, Washington, DC, David J. Barrans, Tracey P. Warren, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Before LINN, DYK, and PROST, Circuit Judges.

## ON MOTION

PER CURIAM.

## ORDER

Oliver C. Gebhart moves for panel reconsideration and reconsideration en banc of the court's order summarily affirming the decision of the United States Court of Appeals for Veteran Claims.

IT IS ORDERED THAT:

(1) The motion for panel reconsideration is denied. The request for en banc recon-

siteration will be circulated to the full court.

(2) All other pending motions are denied.